No. 1439, Misc. FEIST v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1444, Misc. JASKO v. PATUXENT INSTITUTION DIRECTOR. C. A. 4th Cir. Certiorari denied.

No. 1459, Misc. COOK v. SUPERINTENDENT, VIRGINIA PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 1473, Misc. CALMENATE v. HOGAN, DISTRICT ATTORNEY OF NEW YORK COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 1474, Misc. GOFF v. UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1476, Misc. CARTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1477, Misc. DEAR v. DEAR. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 1479, Misc. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1481, Misc. PLASENCIA ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1285, Misc. O'CONNOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leigh Athearn* for petitioner. *Solicitor General Griswold* for the United States.